United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re GUILLOTTE.

Case No. 25-cv-08289-JST

**ORDER OF DISMISSAL**

On September 30, 2025, the Court docketed a pleading and a letter received from Mr. Guillotte. ECF Nos. 1, 2. Because Plaintiff sought relief from this Court, the Court opened an action pursuant to these filings. That same day, the Court sent Mr. Guillotte deficiency notices, informing him that he had not submitted his action on the proper case-initiating form and that he neither paid the filing fee or filed an application for leave to proceed *in forma pauperis*. ECF Nos. 3, 4. The Court instructed Mr. Guillotte that he should cure these deficiencies by October 28, 2025 by filing his complaint on a complaint by a prisoner form, and either paying the filing fee or filing an application for leave to proceed *in forma pauperis*. *Id*. The Court sent Plaintiff a blank complaint form and a blank *in forma pauperis* application form. *Id*. The deadline has passed, and Plaintiff has not filed the required documents. Accordingly, this action is DISMISSED without prejudice for failure to meet these filing requirements. Judgment is entered against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: November 6, 2025



JON S. TIGAR
United States District Judge